**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6601**

---

DYSHUM MICHAEL JONES,

                                        Petitioner - Appellant,

         versus

WILLIAM D. CATOE, Director of South Carolina
Department of Corrections; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-99-2207-2-13)

---

Submitted:  June 15, 2000          Decided:  June 26, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Dyshum Michael Jones, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Derrick K. McFarland, OFFICE OF THE AT-
TORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dyshum Michael Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jones v. Catoe, No. CA-99-2207-2-13 (D.S.C. Mar. 30, 2000). To the extent Jones seeks to raise additional issues in his informal brief not first presented to the district court for consideration, we decline to consider those issues. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2